# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:20−cv−01036−jdp

| | |
|---|---|
| Glenn, Katie v. Presbyterian Homes and Services | Date Filed: 11/17/2020 |
| Assigned to: District Judge James D. Peterson | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Stephen L. Crocker | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:201 Fair Labor Standards Act | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Katie E. Glenn** | represented by | **Scott Stanton Luzi**<br>Walcheske & Luzi, LLC<br>Suite 304<br>15850 W. Bluemound Road<br>Brookfield, WI 53005<br>262−780−1953<br>Fax: 262−565−6469<br>Email: sluzi@walcheskeluzi.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James A. Walcheske**<br>Walcheske & Luzi, LLC<br>15850 W. Bluemound Road<br>Suite 304<br>Brookfield, WI 53005<br>262−780−1953<br>Fax: 2625656469<br>Email: jwalcheske@walcheskeluzi.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Presbyterian Homes and Services** | represented by | **Anthony J. Steffek**<br>Davis & Kuelthau, S.C.<br>318 South Washington Street<br>Suite 300<br>Green Bay, WI 54301<br>920−431−2237<br>Email: asteffek@dkattorneys.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2020 | Ï 1 | COMPLAINT against Presbyterian Homes and Services. ( Filing fee $ 400 receipt number 0758−2783825.), filed by Katie E. Glenn. (Attachments:<br># 1 JS−44 Civil Cover Sheet,<br># 2 Summons, |

| | | |
|---|---|---|
| | | # 3 Exhibit 1 – Glenn Consent to Join Form) (Walcheske, James) (Entered: 11/17/2020) |
| 11/17/2020 | 2 | Notice of Appearance filed by James A. Walcheske for Plaintiff Katie E. Glenn. (Walcheske, James) (Entered: 11/17/2020) |
| 11/19/2020 | | Case randomly assigned to District Judge James D. Peterson and Magistrate Judge Stephen L. Crocker. (rks) (Entered: 11/19/2020) |
| 11/19/2020 | | Standard attachments for Judge James D. Peterson required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (rks) (Entered: 11/19/2020) |
| 11/19/2020 | 3 | Summons Issued as to Presbyterian Homes and Services. (rks) (Entered: 11/19/2020) |
| 11/19/2020 | 4 | Notice of Appearance filed by Scott Stanton Luzi for Plaintiff Katie E. Glenn. (Luzi, Scott) (Entered: 11/19/2020) |
| 11/30/2020 | 5 | Waiver of Service Returned Executed by Defendant Presbyterian Homes and Services. Presbyterian Homes and Services waiver sent on 11/18/2020, answer due 1/19/2021. (Walcheske, James) (Entered: 11/30/2020) |
| 01/18/2021 | 6 | Notice of Appearance filed by Anthony J. Steffek for Defendant Presbyterian Homes and Services. (Steffek, Anthony) (Entered: 01/18/2021) |
| 01/18/2021 | 7 | ANSWER by Defendant Presbyterian Homes and Services. (Steffek, Anthony) (Entered: 01/18/2021) |
| 01/18/2021 | 8 | Corporate Disclosure Statement by Defendant Presbyterian Homes and Services. (Steffek, Anthony) (Entered: 01/18/2021) |
| 01/19/2021 | | Set Telephone Pretrial or Status Conference: Telephone Pretrial Conference set for 2/16/2021 at 01:00 PM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264–5153. [Standing Order Governing Preliminary Pretrial Conference attached] (rks) (Entered: 01/19/2021) |
| 02/11/2021 | 9 | Joint Report of Rule 26(f) Planning Meeting (Walcheske, James) (Entered: 02/11/2021) |
| 02/16/2021 | 10 | **MOTION TO TRANSFER to Eastern District of Wisconsin** by Defendant Presbyterian Homes and Services. Brief in Opposition due 3/9/2021. Brief in Reply due 3/19/2021. (Steffek, Anthony) (Entered: 02/16/2021) |
| 02/16/2021 | 11 | Declaration of Branka Zbiljic filed by Defendant Presbyterian Homes and Services re: 10 Motion to Transfer (Steffek, Anthony) (Entered: 02/16/2021) |
| 02/16/2021 | 12 | Declaration of Anthony J. Steffek filed by Defendant Presbyterian Homes and Services re: 10 Motion to Transfer (Attachments:<br># 1 Exhibit 1 – Map of Property,<br># 2 Exhibit 2 – Directions to 120 North Henry,<br># 3 Exhibit 3 – Directions to 517 East Wisconsin Ave.,<br># 4 Exhibit 4 – Directions to 1127 West 8th St.,<br># 5 Exhibit 5 – Directions to 441 Stageline Rd.,<br># 6 Exhibit 6 – Comparison of Districts) (Steffek, Anthony) (Entered: 02/16/2021) |
| 02/16/2021 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Telephone Preliminary Pretrial Conference held on 2/16/2021 [:10] (cak) (Entered: 02/16/2021) |
| 02/19/2021 | 13 | Standing Order Relating to the Discovery of Electronically Stored Information in a Complex Civil Lawsuit. Signed by Magistrate Judge Stephen L. Crocker on 2/18/2021. (rks) (Entered: |

| | | |
|---|---|---|
| | | 02/19/2021) |
| 02/19/2021 | 14 | Pretrial Conference Order – <u>Preliminary Pretrial Packet in cases assigned to District Judge James D. Peterson</u> attached. Motion to Certify Class under Rule 23 due 10/18/2021. Dispositive Motions due 5/13/2022. Settlement Letters due 9/16/2022. Motions in Limine due 9/30/2022. Response to Motion due 10/21/2022. Final Pretrial Conference set for 11/2/2022 at 04:00 PM. Jury Selection and Trial set for 11/14/2022 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 2/18/2021. (rks) (Entered: 02/19/2021) |
| 03/08/2021 | 15 | Stipulation to Transfer Venue to Eastern District of Wisconsin by Defendant Presbyterian Homes and Services. (Steffek, Anthony) (Entered: 03/08/2021) |
| 03/10/2021 | 16 | ** TEXT ONLY ORDER **<br>The parties' stipulation to transfer venue to the Eastern District of Wisconsin, Dkt. <u>15</u> , is GRANTED. The court has verified that the Eastern District is a proper venue under 28 U.S.C § 1391(b) and (c) because a substantial part of the events giving rise to plaintiff Katie E. Glenn's claims occurred in Waukesha County, located in the Eastern District, where defendant Presbyterian Homes and Services owns, operates, and manages five senior living facilities. Signed by District Judge James D. Peterson on 3/10/2021. (rks) (Entered: 03/10/2021) |